UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. LA CV14-04556 JAK (GJSx)<br><br>**JUDGMENT**<br><br>JS-6 |

1 | This action came before the Court, Honorable John A. Kronstadt presiding, on
2 | defendant Family Dollar, Inc.'s motion for summary judgment. The motion was fully
3 | briefed, and the Court granted the motion on June 30, 2017.
4 | The issues having been fully considered and a decision having been duly
5 | rendered, IT IS ORDERED AND ADJUDGED that plaintiff Daniel Gutierrez take
6 | nothing, that the action be dismissed with prejudice, and that defendant Family Dollar,
7 | Inc. recover its costs.

Dated: July 31, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE